IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL A. CLYBURN,<br>Personal Representative of the Estate of<br>MARY F. CLYBURN, deceased,<br><br>Plaintiff,<br><br>v.<br><br>THI OF MISSOURI AT GRAVOIS, L.L.C., et al.,<br><br>Defendants. | Case No.: 4:12-CV-1215-JAR |

## ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the stipulation submitted by the parties, by and through their counsel, the above action is hereby dismissed in its entirety with prejudice with each party bearing their own attorney fees and costs.

IT IS SO ORDERED.

11/18/2013
Date

/s/ John A. Ross
Hon. John A. Ross